

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2016

No. 04-15-00609-CV

**BREAKFRONT, LLC**; Golden Oak Partners, LLC; Mark Slotkin, Individually, and as Trustee
of the Slotkin Family Children's Trust dtd January 1, 1997,
Appellants

v.

**SOUTHWEST GUARANTY INVESTORS, LTD**.,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-04-0331-CVA
Honorable Russell H. Wilson, Judge Presiding

## ORDER

      The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED.  Time is extended to June 15, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:      Clinton Butler
Langley & Banack
PO Box 265
Karnes City, TX 78118

Jeffrey D. Small
Law of Jeff Small
12451 Starcrest Dr Ste 100
San Antonio, TX 78216-2988

Robin L. Harrison
Hicks Thomas, LLP
700 Louisiana Street, suite 2000
Houston, TX 77002